IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| REBECCA NEELEY, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 2:11-CV-177 |
| | ] | |
| COMCARE, INC., | ] | |
| | ] | |
| Defendant. | ] | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Come the parties, Plaintiff Rebecca Neeley and Defendant Comcare, Inc., pursuant to Federal Rule No. 41(a)(1)(A)(ii), and stipulate to the dismissal of this case with prejudice. Each party is responsible for its own attorney's fees and costs.

Respectfully submitted:

*s/Charlton R. DeVault, Jr.*
CHARLTON R. DEVAULT, JR.
TN BPR #000428
102 Broad Street
Kingsport, TN 37660
(423) 246-3601

ATTORNEY FOR THE PLAINTIFF

1

*s/ Douglas L. Payne*
DOUGLAS L. PAYNE
TN BPR #013380
401 West Irish Street
Greeneville, Tennessee 37743
(423) 639-2220

ATTORNEY FOR THE DEFENDANT

2